IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.

CRIMINAL NO.: 5:12-cr-7-DCB-FKB

ROBERT KALE JOHNSON

## ORDER TO EXTEND REPORTING DATE

This matter having come before the Court on the Motion to Extend Reporting Date until April 29, 2013, made by the defendant, Robert Kale Johnson, and the Court having considered the motion, finds that the motion is well taken and same should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the defendant's request to extend his reporting date is granted. The defendant, Robert Kale Johnson, is hereby ordered to report to the Bureau of Prisons by noon on April 29, 2013.

SO ORDERED this the   5th   day of April, 2013.


       s/ David Bramlette
United States District Court Judge